PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-MC-00085-MCE-EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $18,520.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Paizley Sims ("claimant" or "Sims"), by and through their respective counsel, as follows:

1.      On or about February 11, 2016, claimant Sims filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $18,520.00 in U.S. Currency (hereafter "defendant currency"), which was seized on December 10, 2015.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 11, 2016.

4. By Stipulation and Order filed May 16, 2016, the parties stipulated to extend to June 10, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 11, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 11, 2016.

Dated:   5/31/2016               PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney


Dated:   5/31/2016               /s/ Sam O'Keefe
                                 SAM O'KEEFE
                                 Attorney for Claimant Paizley Sims

                                 (Authorized via phone)

Stipulation to Extend Time to File Complaint

## **ORDER**

Pursuant to the foregoing stipulation, the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture is extended to July 11, 2016.

IT IS SO ORDERED.

Dated:  June 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE